

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 9, 2022

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *American Immigration Council, et al. v. USCIS, et al.*, 22 Civ. 5312 (RA)

Dear Judge Abrams:

   The parties respectfully submit this joint letter pursuant to the Court's October 13, 2022 Order (Dkt. No. 25) to update the Court on the status of this matter and to request to adjourn the conference scheduled for December 13, 2022 until a date convenient for the Court in June 2023. With the consent of counsel for the plaintiffs, the government also requests to adjourn its deadline to answer or otherwise respond to the complaint *sine die*.

   The government was served on June 28, 2022, after which the parties discussed the government's response to the two FOIA requests, dated October 26, 2021 and March 15, 2022, identified in the complaint, and the government initiated searches. Since October 12, 2022, the date of the parties' last status letter (Dkt. No. 24), the government has engaged in a rolling review of documents and has agreed to process—meaning to review for responsiveness and exemptions—a set number of documents per month. To date, the government has made three productions responsive to the plaintiffs' requests and is continuing its rolling review. At the agreed upon rate of processing, the government expects to complete the bulk of its review by the end of May 2023.

   The initial pretrial conference is currently scheduled for December 19, 2022 at 2:00 pm. At this time, the parties submit that it would be most efficient to reschedule the conference until after the bulk of the government's processing is complete, at a time convenient for the Court in June 2023, with a status letter due approximately a week prior.

   The government also requests to extend its deadline to answer or otherwise respond to the complaint *sine die*. Plaintiffs consent to this request. This is the third request to adjourn the initial pretrial conference and the fourth request to extend the government's deadline to answer or otherwise respond to the complaint; all such requests have been granted by the Court. (Dkt. Nos. 20, 22, 25).

   We thank the Court for its attention to this matter.

Application granted.  The initial pretrial conference is adjourned to June 2, 2023 at 3:00 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.  The parties shall submit a proposed case management plan and a joint letter one week prior to the conference.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
12/12/2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  */s/ Amanda Lee*
AMANDA LEE
PETER ARONOFF
Assistant United States Attorneys
Telephone: (212) 637-2781/2697
Facsimile: (212) 637-2717
E-mail: Amanda.Lee2@usdoj.gov
             Peter.Aronoff@usdoj.gov

*Counsel for Defendants*

WINSTON & STRAWN LLP

By:  */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler
Kerry C. Donovan
Jay Wexler
Gabi Wolk
200 Park Avenue
New York, NY 10166-4193
Telephone: 212-294-6700
Facsimile: 212-294-4700
JKessler@winston.com
JAmato@winston.com
KCDonovan@winston.com
JWexler@winston.com
GWolk@winston.com


AMERICAN IMMIGRATION COUNCIL

Emily Creighton (pro hac vice)
Raul Pinto
1331 G St. NW, Suite 200
Washington D.C., 20005
Telephone: 202-507-7500
Ecreighton@immcouncil.org
Rpinto@immcouncil.org

Case 1:22-cv-05312-RA   Document 20   Filed 12/09/22   Page 3 of 3

Honorable Ronnie Abrams                                                                                              Page 3
December 9, 2022

*Counsel for Plaintiffs American Immigration Council and International Refugee Assistance Project*