UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL and INTERNATIONAL REFUGEE ASSISTANCE PROJECT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES and U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | 22 Civ. 5312 (RA) |

## STIPULATION AND PROPOSED ORDER OF SETTLEMENT AND DISMISSAL

WHEREAS, on October 26, 2021 and March 15, 2022, the International Refugee Assistance Project ("IRAP") and American Immigration Council ("AIC," together with IRAP, "Plaintiffs") made requests pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (the "Requests"), to Defendants United States Citizenship and Immigration Services ("USCIS") and the United States Department of Homeland Security ("DHS") (collectively, "Defendants");

WHEREAS, the Requests sought various records including guidance, procedures, policies and training materials related to the processing and adjudication of humanitarian parole requests for Afghan nationals and the processing of Afghan refugees or asylum applicants; and data related to humanitarian parole applications, filing fees, and fee waiver requests, from Defendants; and

WHEREAS, on June 23, 2022, Plaintiffs brought this action against Defendants alleging that Defendants had failed to conduct a reasonable search and failed to respond within the time required; and

WHEREAS, Defendants conducted searches and processed the records located for responsiveness and exemptions; and

WHEREAS, the parties subsequently agreed to engage in discussions regarding Defendants' searches and redactions and resolution of this matter, and Defendants produced additional documents and disclosed certain additional information; and

WHEREAS, Plaintiffs do not seek to challenge the adequacy of Defendants' searches or any of the remaining withholdings in the redacted records, and Plaintiffs do not seek to engage in further litigation regarding the Requests; and

WHEREAS, the only outstanding issue in this case is accordingly Plaintiffs' claim for attorneys' fees and costs, and the parties wish to resolve that claim and dispose of this matter without further litigation,

NOW, THEREFORE, it is hereby STIPULATED, AGREED, and ORDERED as follows:

1.      Pursuant to 5 U.S.C. § 552(a)(4)(E), as soon as reasonably practicable after the Court has endorsed and docketed this Stipulation and Order, Defendants shall pay to Plaintiff AIC the sum of twelve thousand, four hundred and eighty dollars ($12,480) for attorneys' fees and litigation costs (the "Settlement Amount"). This payment shall constitute full and final satisfaction of any claims by Plaintiffs for attorneys' fees and litigation costs in this matter, and are inclusive of any interest. Payments shall be made by electronic funds transfer, and counsel for Plaintiffs will provide the necessary information to counsel for Defendants to effectuate the transfers.

2.      Effective upon payment of the Settlement Amount set forth in Paragraph 1, Plaintiffs release and discharge Defendants and the United States of America, including its agencies, departments, officers, employees, servants, and agents, from any and all claims and causes of action that Plaintiffs asserted, or could have asserted, in this litigation arising out of Plaintiffs' Requests.

2

3.      This action is accordingly dismissed with prejudice and without costs or fees other than as provided in Paragraph 1 of this Stipulation and Order, provided that the Court shall retain jurisdiction over any issues that might arise relating to the enforcement of this Stipulation and Order.

4.      Nothing in this Stipulation and Order shall constitute an admission that Defendants are liable for any attorneys' fees or litigation costs, or that Plaintiffs "substantially prevailed" in this action under 5 U.S.C. § 552(a)(4)(E), or are entitled to or eligible for any attorneys' fees or litigation costs. Nor is it an admission that the amount here agreed upon covers all of the time that could, in Plaintiffs' view, be compensable as attorneys' fees and litigation costs in this action. Rather, this Stipulation and Order is entered into by the parties solely for the purpose of compromising disputed claims in this case and avoiding the expenses and risks of further litigation concerning Plaintiffs' claims for attorneys' fees and litigation costs. This Stipulation and Order is non-precedential with respect to any other proceeding involving the parties, including, but not limited to, any other FOIA action or administrative proceeding, and shall have no effect or bearing on any pending or future request for records made by Plaintiffs under FOIA.

5.      This Stipulation and Order contains the entire agreement between the parties with respect to this action, and no statement, representation, promise, or agreement, oral or otherwise, between the parties or their counsel with respect to this action that is not included herein shall have any force or effect.

6.      This Stipulation and Order may be executed in counterparts. Facsimile or pdf signatures shall constitute originals.

Date: 4/3/2024

WINSTON & STRAWN LLP

By: _____
Jeffrey L. Kessler
Jeffrey J. Amato
Kerry C. Donovan
Gabriela B. Wolk
200 Park Avenue
New York, NY 10166-4193
Telephone: 212-294-6700
Facsimile: 212-294-4700
JKessler@winston.com
JAmato@winston.com
KCDonovan@winston.com
GWolk@winston.com

AMERICAN IMMIGRATION COUNCIL

Raul Pinto
1331 G St. NW, Suite 200
Washington D.C., 20005
Telephone: 202-507-7549
Rpinto@immcouncil.org

*Counsel for Plaintiffs American Immigration
Council and International Refugee Assistance
Project*

Date: 04/03/2024

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
AMANDA LEE
PETER ARONOFF
Assistant United States Attorneys
Telephone: (212) 637-2781/2697
Facsimile: (212) 637-2717
Amanda.Lee2@usdoj.gov
Peter.Aronoff@usdoj.gov

*Counsel for Defendants*

SO ORDERED:

Date: _____
New York, New York

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE